UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODOLFO MORENO, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No.:    05-1282 (RMU) |
| : | |
| IMMIGRATION AND CUSTOMS : | |
| ENFORCEMENT, : | |
| : | |
| Respondent. : | |

# ORDER
### DIRECTING THE RESPONDENTS TO SHOW CAUSE

It is this 29th day of July 2005, hereby

**ORDERED** that the respondents, by counsel, within 20 days of service of a copy of this Order and the petition herein, shall file with the court and serve on the petitioner, a statement showing why the Writ of Mandamus should not issue; and it is

**FURTHER ORDERED** that the Clerk of Court shall furnish a copy of the petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the named respondent, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

**SO ORDERED**.

                                                    RICARDO M. URBINA
                                                    United States District Judge