# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODOLFO MORENO,** )<br>           Petitioner, )<br> )<br>v. )<br> )<br>**IMMIGRATION AND CUSTOMS** )<br>**ENFORCEMENT,** *et al.*, )<br>           Respondents. )<br>_____ ) | Civil Action No. 05-1282 (RMU) |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter will serve as counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Section

                /s/
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorney
555 Fourth Street, N.W., Room 10-443
Washington, D.C. 20530
(202) 305-1845

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day of August, 2005, a copy of the foregoing pleading was served via U.S. mail on Petitioner Rodolfo Moreno, *pro se*, postage prepaid, at the following address:

Rodolfo Moreno - Fed. Reg. No. 28008-198
FCI Phoenix
Federal Correctional Institution
37910 N. 45th Ave.
Phoenix, AZ 85086

         /s/ Geoffrey Carter
      ASSISTANT UNITED STATES ATTORNEY