# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODOLFO MORENO,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1282 (RMU)** |
| | ) | |
| **IMMIGRATION AND CUSTOMS** | ) | |
| **ENFORCEMENT,** *et al.*, | ) | |
| **Respondents.** | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of the United States' Motion to Transfer Petitioner's Petition for a Writ of Habeas Corpus, and it appearing to the Court that Petitioner's petition should be transferred to the United States District Court for the District of Arizona, it is hereby

**ORDERED** that petitioner may reply to the government's motion to transfer no later than _____. If Petitioner does not respond on or before to that date, the Court will treat the United States' motion as conceded and transfer the petition to the United States District Court for the District of Arizona.

_____
RICARDO M. URBINA
United States District Court Judge

DATE:

copies to:

Geoffrey Carter
Assistant United States Attorney
555 Fourth Street, N.W.
Special Proceedings Section, 10th Floor
Washington, D.C.  20530

Rodolfo Moreno - Fed. Reg. No. 28008-198
FCI Phoenix
Federal Correctional Institution
37910 N. 45th Ave.
Phoenix, AZ 85086.