# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form."

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| [illegible] | [illegible] |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| [illegible] | [illegible] |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

[illegible]

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

[illegible] Washington Street, [illegible], AZ [illegible]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

REMARKS: [illegible handwritten notes] Forwarded to US Civil Clerk, Phoenix AZ

**PRIOR EDITIONS MAY BE USED** | **4. BILLING STATEMENT**: To be returned to the U.S. Marshal with payment, if any amount is owed. | FORM USM-285 (Rev. 12/15/80)

---

[Attached PS Form 3811, February 2004 - Domestic Return Receipt]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Marshal Service, Phoenix AZ
Attn: Civil Clerk
401 W. Washington St.
Phoenix, AZ

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X Martin Alvarado ☐ Agent ☒ Addressee
B. Received by (Printed Name): Martin Alvarado
C. Date of Delivery: 8/9/05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 9681 5597

102595-02-M-1540

05-1282