UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| RODOLFO MORENO, | : | | |
| | : | | |
| Petitioner, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 05-1282 (RMU) |
| | : | | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | : | | |
| | : | | |
| Respondent. | : | | |

**ORDER**

**DIRECTING THE PETITIONER TO RESPOND TO THE RESPONDENT'S MOTION TO TRANSFER**

The respondent has filed a motion to transfer the case. To date, the *pro se* petitioner has not responded. The court will rule on the respondent's motion, taking into consideration the facts proffered in the petition for writ of habeas corpus, along with his response or opposition to the motion, and the entire record of the case.

Providing *pro se* litigants with the necessary knowledge to participate effectively in the trial process is important. *Moore v. Agency for Int'l Dev.*, 994 F.2d 874, 876 (D.C. Cir. 1993). Although district courts do not need to provide detailed guidance to *pro se* litigants, they should supply minimal notice of the consequences of not complying with procedural rules. *Id.*

Toward that end, the court hereby notifies the petitioner that failure to respond to the respondent's motion to transfer may result in the court granting the motion and transferring the case. *See McCoy v. Read*, 2003 WL 21018864, at *1 (D.C. Cir. Apr. 29, 2003) (per curiam); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Specifically, Local Civil Rule 7(b) states that a party must respond with a memorandum of points and authorities in opposition to a motion within 11 days of the date of service or at such other time as the court may direct. LCvR 7(b). If

such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded. *Id.*

Accordingly, to give the plaintiff an opportunity to respond to the defendant's motion, it is this 23rd day of August 2005, hereby

**ORDERED** that the plaintiff may file an opposition to the respondent's motion on or before September 26, 2005.  If the plaintiff fails to file an opposition by that date, the court may treat the respondent's motion as conceded.

**SO ORDERED**.

> RICARDO M. URBINA
> United States District Judge