UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODOLFO MORENO<br>Fed. Reg. No. 28008-198<br>FCI-Phoenix<br>37910 N. 45th Avenue<br>Phoenix, AZ 85086-7055<br><br>v.      Plaintiff,<br><br>IMMIGRATION & CUSTOMS<br>ENFORCEMENT,<br><br>            Defendant. | Case No: 05-1282 (RMU) |

## PRAECIPE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,

　　　　　/S/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Praecipe has been served on this 23rd day of August, 2005 by first class U.S. mail, postage pre-paid to:

Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, AZ 85086-7055


                                            /S/
                              ANDREA McBARNETTE, D.C. Bar #483789
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.,
                              Washington, D.C. 20530
                              (202) 514-7153