UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODOLFO MORENO )<br>Fed. Reg. No. 28008-198 )<br>FCI-Phoenix )<br>37910 N. 45th Avenue )<br>Phoenix, AZ 85086-7055 )<br>  )<br>　　　　v.　　Plaintiff, )<br>  )<br>IMMIGRATION & CUSTOMS )<br>ENFORCEMENT, )<br>  )<br>　　　　　　Defendant. )<br>_____) | Case No: 05-1282 (RMU) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

　　Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to respond to the complaint. Specifically, defendant requests that the deadline to file a dispositive motion or to answer the complaint be extended from August 29, 2005 to September 15, 2005.[1] The grounds for this motion are set forth below.

　　The undersigned needs additional time to consult with agency counsel. Agency counsel has been out of the office and otherwise unavailable and seeks additional time to assist in the preparation of a response to the complaint. This extension is sought in good faith and will not unfairly prejudice any party. Allowing the defendant some additional time to formulate a response will aid the Court in the resolution of this case.

---

　　[1]　The U.S. Attorney's Office has not been properly served in this case pursuant to Rule 4 of the Federal Rules of Civil Procedure, thus an answer is technically not presently due. However, the Civil Division of U.S. Attorney's Office did receive the complaint on June 29, 2005, and the Defendant recognizes that the plaintiff is pro se, and perhaps unfamiliar with the requirements of proper service.

Because plaintiff is a prisoner appearing *pro se*, counsel for defendant has not contacted him regarding this motion.[2]

Respectfully submitted,

_____/S/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any <u>nonprisoner</u> *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME has been served on this 23rd day of August, 2005 by first class U.S. mail, postage pre-paid to:

Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, AZ 85086-7055

/S/
ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153