UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODOLFO MORENO<br>Fed. Reg. No. 28008-198<br>FCI-Phoenix<br>37910 N. 45th Avenue<br>Phoenix, AZ 85086-7055<br><br>            v.       Plaintiff,<br><br>IMMIGRATION & CUSTOMS<br>ENFORCEMENT,<br><br>            Defendant. | Case No: 05-1282 (RMU) |

NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME AND ATTORNEY APPEARANCE

Assistant U.S. Attorney Geoffrey Carter of the Special Proceedings Section of the U.S. Attorney's Office for the District of Columbia had entered an appearance and filed a motion in this case prior the entrance and motion of Assistant U.S. Attorney Andrea McBarnette of the Civil Division of the U.S. Attorney's Office.  The Civil Division was unaware that the Special Proceedings Section has appeared in this case.  Therefore, Assistant U.S. Attorney Andrea McBarnette respectfully withdraws Defendant's Motion for Enlargement of Time and withdraws her appearance in this matter.

Date:  August 24, 2005          Respectfully submitted,


                                /S/
                                ANDREA McBARNETTE, D.C. Bar # 483789
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                (202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the <u>NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME AND ATTORNEY APPEARANCE</u> has been served on this 24th day of August, 2005 by first class U.S. mail, postage pre-paid to:

Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, AZ 85086-7055

/S/
ANDREA McBARNETTE, D.C. Bar #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153