7/15/99

Chapter 1, Page 6

[ c. Any inmate or detainee who is a pretrial inmate or who is currently under an order of deportation, exclusion, or removal shall be removed from any FPI work assignment and reassigned to a non-FPI work assignment for which the inmate is eligible. However, an inmate or detainee who is currently under an order of deportation, exclusion, or removal may be retained in the FPI assignment if the Attorney General has determined that the inmate or detainee cannot be removed from the United States because the designated country of removal will not accept his or her return.]

Upon receiving written documentation from the INS or the EOIR that an inmate has been issued a deportation, exclusion, or removal order, the unit team will add the CMA assignment of IHP CMP WD. The SOI shall remove from FPI work assignments all inmates with a CMA assignment of IHP CMP WD. These inmates will be reassigned to non-FPI work assignments for which they are otherwise eligible.

In addition, inmates with a deportation order who are appealing the decision are ineligible for FPI work assignments. If the inmate's appeal is granted, the inmate shall then be eligible to apply for an FPI work assignment, as he or she no longer has the CMA of IHP CMP WD. If he or she previously worked for FPI, his or her name shall be placed within the top 10 percent of the FPI Waiting List.

The SOI and AWP shall coordinate notification to the affected inmate of his or her pending removal from an FPI work assignment. Staff should remain sensitive and communicate with affected non-U.S. citizen inmates concerning this issue. Non-U.S. citizen inmates for whom no decision has yet been made to deport are unaffected by this policy.

It has been determined that Cubans (Mariels and non-Mariels) cannot be removed from the United States, and therefore should be considered for assignment with FPI. All other non-U.S. citizens who have been ordered deported, excluded, or removed (IHP CMP WD), should not be considered for an assignment with FPI, unless INS notifies the Detention Services Branch, Central Office, that a designated country of removal will not accept his or her return. This information will then be provided to Bureau staff. Inmates who claim countries will not accept them must obtain from INS such a determination in order for the inmate to be retained in a FPI work assignment. Staff having questions concerning which countries have such a determination should consult with the Detention Services Branch. Staff will refer to the Program Statement, Institution Hearing Program, for information on IHP CMA assignments.

EXHIBIT "A"

MORENO, Rodolfo          Reg. No. 28008-198            Remedy # 379831-F1

This is in response to your Request for Administrative Remedy, received on June 17, 2005, in which you allege you were wrongfully removed from UNICOR. Specifically, you claim the deportation order from the Immigration and Naturalization Service (INS) is invalid. Secondly, you claim you are being treated differently from other inmates who have entered this country illegally, but who have not been issued a deportation order. As relief, it appears you are requesting to be reinstated to a UNICOR position.

A review of this matter indicates that you were previously deported on November 27, 1979. You were notified that the deportation order was reinstated on February 11, 1999. In accordance with Program Statement 8120.02, entitled <u>Work Programs for Inmates in Federal Prison Industries (FPI)</u>, an inmate or detainee may be considered for assignment with FPI unless the inmate is a pretrial inmate or is currently under an order of deportation, exclusion, or removal."

It appears from the documentation you included with this administrative remedy that you are attempting to contact the Immigration and Customs Enforcement Agency (successor agency to INS) in an effort to have the order of deportation removed. Please be advised that as long as you have a valid order of deportation, you are not authorized to work in FPI. Additionally, in response to your equal protection argument, please be advised this institution is required to follow the mandatory language of program statements.

Accordingly, your Request for Administrative Remedy is denied.

If dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, 7950 Dublin Blvd., 3rd Floor, Dublin, California 94568. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

6/27/05
DATE

for C. Higgs
C.J. DEROSA, WARDEN

EXHIBIT "B"

```
SHEWR              *       PROGRAM REVIEW REPORT        *    08-20-2004
PAGE 001                                                     14:34:55

INSTITUTION: SHE  SHERIDAN FCI
NAME.......: MORENO, RODOLFO
RESIDENCE..: TUCSON, AZ 85702                        REG. NO: 28008-198
TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....:  2-17-05

PROJ. RELEASE DATE..: 01-14-2011       RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE             HEARING TYPE...: NONE
DATE OF NEXT CUSTODY REVIEW: Feb. '05  DETAINERS (Y/N): Y
CIM STATUS (Y/N)....: Y                IF YES, RECONCILED (Y/N): OK

PENDING CHARGES.....: ICE Detn.

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B)  (Y/N) → Detn
     IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE
```

| CATEGORY | CURRENT ASSIGNMENT | | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | CF REMOVAL | COMMON FARE PROGRAM REMOVAL | 07-17-2000 | 1721 |
| CMA | IHP CMP WD | IMMIG HRNG COMPL-WILL DEPORT | 02-18-1999 | 1302 |
| CMA | ITTMX INEL | ITT MX INELIG FOR TRTY TRANS | 10-03-2001 | 1101 |
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 08-01-2007 | 1416 |
| CMA | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 01-23-2004 | 1636 |
| CMA | V94 COB913 | V94 CURR OTHER BEFORE 91394 | 08-01-2001 | 2046 |
| CMA | V94 PD | V94 PAST DRUG TRAFFICKING | 10-02-2001 | 1244 |
| CMA | V94 PV | V94 PAST VIOLENCE | 02-26-1998 | 0900 |
| CUS | IN | IN CUSTODY | 01-24-1994 | 1744 |
| DRG | DRG E COMP | DRUG EDUCATION COMPLETED | 06-16-1992 | 1536 |
| DRG | DRG I NONE | NO DRUG INTERVIEW REQUIRED | 03-22-1995 | 1036 |
| EDI | ESL HAS | ENGLISH PROFICIENT | 01-23-1992 | 0847 |
| EDI | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-15-1992 | 0819 |
| FRP | COMPLT | FINANC RESP-COMPLETED | 05-31-2004 | 1042 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 12-18-2001 | 1420 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-13-2002 | 1204 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 02-13-2002 | 0723 |
| QTR | D07-216L | HOUSE D/RANGE 07/BED 216L | 08-18-2003 | 1258 |
| RLG | CATHOLIC | CATHOLIC | 09-07-1992 | 1107 |
| WRK | FCI ASSM 1 | UNICOR - ASSEMBLY 1 | 07-20-2004 | 0001 |

WORK PERFORMANCE RATING: grade/ 2

Duties: Build Furniture     Wrk Rpts: Good     Sanitation: Good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: ∅ Clear since 9/02

FRP PLAN/PROGRESS: Complete

6 mos = $1,601.18     Bal = $10.17

RELEASE PREPARATION PARTICIPATION: Not eligible

E X H I B I T   "C"