Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, Arizona 85086-7055

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODOLFO MORENO,<br>      Petitioner,<br><br>VS.-<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br>      Respondent. | Civ. Action No. 1:05-cv-1282-RMU<br><br>**MOTION TO EXPEDITE PETITION FOR WRIT OF MANDAMUS** |

    **NOW COMES** the Petitioner, Rodolfo Moreno, in *pro se*, and respectfully files this Motion to Expedite Action in the above-referenced matter.

**Background:**

    On June 28, 2005, the undersigned filed a Writ of Mandamus and this Court granted Petitioner's application to proceed in *forma pauperis*. On July 29, 2005, the Court directed the Respondent to show cause why the writ should not issue. On August 12, 2005, Respondent submitted a Motion to Transfer Petition and requested the Court to construe Petitioner's pleading as a petition for habeas corpus and to transfer it to another district.

///
///
///

-1-

On August 26, 2005, Petitioner replied to United States' Motion to Transfer.[1]

Because the Court had mistakingly sent Petitioner's mail to a not deliverable address, Petitioner received late a few pieces of legal mail from the Court. On September 16, 2005, Petitioner received a Court Order dated August 26, 2005 directing him to respond to the 8/12/05 United States' Motion to Transfer.[2] On September 17, 2005, Petitioner mailed out a letter addressed to the Honorable Ricardo M. Urbina in which Petitioner requested the Court to (1) construe his 8/26/05 REply as a response or opposition to the United States' Motion to Transfer, and (2) issue its Order in the nature of mandamus, causing ICE to remove the deportation order at issue, so that Petitioner can be assigned to work in UNICOR and begin saving money for his release day. (See Copy of Petitioner's 9/17/05 Letter (with attachments) to the Honorable Ricardo M. Urbina Attached Hereto as Exhibit "A").

In support to this motion, Petitioner states as follows:

1. Delay in this action is prejudicial to Petitioner because it procrastinates his assignment to UNICOR[3] and as such he is deprived from UNICOR earnings and saving money for his release day.

///

///

---

[1] In Petitioner's 8/26/05 Reply, he created a footnote which reads as follows: "Although Respondent has captioned its motion as a Motion to Transfer Petitioner's Petition for Writ of Habeas Corpus, Respondent has essentially filed a response to Petitioner's Writ of Mandamus."

[2] This Order was one of the few pieces of legal mail returned to the Court as not deliverable as addressed and one he received late.

[3] In this institution, UNICOR hires inmate workers the first week of each month.

2. BOP officials have advised Petitioner that "as long as [he] ha[s] a valid order of deportation, [he is] not authorized to work in PPI." (See Copy of Prison Officials' Response to Petitioner's Administrative Remedy Attached Hereto as Exhibit "B").

WHEREFORE, Petitioner respectfully requests that this action be expedited and specifically requests:

(a) to issue its Order in the nature of mandamus, causing ICE to remove the deportation order at issue, so that Petitioner would be able to begin a UNICOR job assignment the beginning of next month and, as such, he would be able to start saving money for his release day.

Respectfully submitted this 27th day of October, 2005.

_____
Rodolfo Moreno, in pro se


A true copy of the foregoing
has been mailed this 27th day
of October, 2005, to:

Geoffrey Carter
Assistant United States Attorney
for the District of Columbia
Special Proceedings Section, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20530

E X H I B I T      "A"

Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, Arizona 85086-7055

September 17, 2005

Hon. Ricardo M. Urbina, U.S. District Judge
United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:   Moreno v. Immigratin and Customs Enforcement
           No. 1:05-CV-01282-RMU

Your Honor:

    On August 17, 2005, I received a copy of the United States' Motion to Transfer Petitioner's Petition for Writ of Habeas Corpus (Motion to Transfer Hereinafter). On August 26, 2005, I mailed out to this Court an original and two copies of Petitioner's Reply to Motion to Transfer (Photocopy Enclosed Herein).

    Due to the fact that mail addressed to me has been sent to a not deliverable address (See Attachment), I've been receiving mail from the Court late.[1]/ Yesterday (9/16/05), I received an Order, dated 8/26/05, directing me to respond to Motion to Transfer. Based on the fact that in my 8/26/05 reply I state my opposition to transfer petition for a writ of mandamus, I respectfully request this Honorable Court to construe said reply as a reponse or opposition to the government's motion to transfer petition.

    Taking this opportunity, for the reasons set forth in my reply, I respectfully request this Honorable Court, again, to deny Respondent's motion to transfer and to issue its Order in the nature of mandamus, causing the Immigration and Customs Enforcement to remove the deportation order at issue, so that I can be assigned to work in UNICOR and start saving money for my release day.

                                 Respectfully submitted,

                                 /s/ Rodolfo Moreno

cc: Geoffrey Carter, AUSA

---

[1]/   A letter has been sent to the Clerk's office, requesting to send mail to the correct address which is as indicated above. (See Attachment).

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED

RODOLFO MORENO
R28008-198
PHOENIX FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 1680
Phoenix, AZ

Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, Arizona 85086-7055

September 7, 2005

Clerk, United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Moreno v. Immigration & Customs Enforcement
No. 1.05-CV-01282-RMU

Dear Clerk:

I hope this letter finds you well. It has come to my attention that the Court has repeatedly addressed mail directed to me to a different address (See Attachment) than the one I actually provided with. Therefore, I respectfully request to you to please send not any more mail to the wrong address for it causes a delay in my receiving mail from the Court.

Your consideration to this request would be greatly appreciated.

Respectfully submitted,

cc: RM/File

E X H I B I T    "B"

Case 1:05-cv-01282-RMU    Document 18    Filed 10/31/2005    Page 8 of 9

MORENO, Rodolfo                    Reg. No. 28008-098                    Remedy #379831-F1

This is in response to your Request for Administrative Remedy, received on June 17, 2005, in which you allege you were wrongfully removed from UNICOR. Specifically, you claim the deportation order from the Immigration and Naturalization Service (INS) is invalid. Secondly, you claim you are being treated differently from other inmates who have entered this country illegally, but who have not been issued a deportation order. As relief, it appears you are requesting to be reinstated to a UNICOR position.

A review of this matter indicates that you were previously deported on November 27, 1979. You were notified that the deportation order was reinstated on February 11, 1999. In accordance with Program Statement 8120.02, entitled <u>Work Programs for Inmates in Federal Prison Industries (FPI)</u>, an inmate or detainee may be considered for assignment with FPI unless the inmate is a pretrial inmate or is currently under an order of deportation, exclusion, or removal."

It appears from the documentation you included with this administrative remedy that you are attempting to contact the Immigration and Customs Enforcement Agency (successor agency to INS) in an effort to have the order of deportation removed. Please be advised that as long as you have a valid order of deportation, you are not authorized to work in FPI. Additionally, in response to your equal protection argument, please be advised this institution is required to follow the mandatory language of program statements.

Accordingly, your Request for Administrative Remedy is denied.

If dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, 7950 Dublin Blvd., 3rd Floor, Dublin, California 94568. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_6/27/05_  
DATE

_for C. Higgs_  
C.J. DEROSA, WARDEN

EXHIBIT "B"