Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, Arizona 85086-7055

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODOLFO MORENO, ) | |
|    Petitioner-Appellant, ) | |
| ) | Civil Action No: 05-1282 (RMU) |
| VS.- ) | |
| ) | NOTICE OF APPEAL |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ) | |
|    Respondent-Appellee. ) | |

    **NOW COMES** the Petitioner, Rodolfo Moreno, in *pro se*, and respectfully gives notice of his claim of appeal to the United States Court of Appeals for the Circuit of Columbia from the order entered December 16, 2005 in the above-captioned civil action.

    Respectfully submitted this 24th day of December, 2005.

*/s/ Rodolfo Moreno*
Rodolfo Moreno, in *pro se*

A true copy of the foregoing
has been mailed this 24th day
of December, 2005, to:

Geoffrey Carter, AUSA
Special Proceedings Section, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20530

**RECEIVED**
DEC 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT