# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RODOLFO MORENO,

    Petitioner-Appellant

vs.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondent-Appellee

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 1:05-cv-1282 (RMU)

I, __Rodolfo Moreno__, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

    If "Yes" state the place of your incarceration. __FCI-Phoenix, Arizona__

    **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes" state the amount of your pay.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☐ Yes   ☒ No

    b. Rent payments, interest or dividends   ☐ Yes   ☒ No

    c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No

    d. Disability or workers compensation payments   ☐ Yes   ☒ No

    e. Gifts or inheritances   ☐ Yes   ☒ No

RECEIVED
DEC 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

   f. Any other sources                        ☐ Yes     ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash or checking or savings accounts?   ☐ Yes     ☒ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?         ☐ Yes     ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?              ☐ Yes     ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   Myself.

8. Have you been granted in forma pauperis status in three or more prior actions which have been dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?

                                             ☐ Yes     ☒ No

**Note: A prisoner may not bring a civil action or appeal in forma pauperis if he/she has on three or more prior occasions had an action or appeal dismissed as frivolous, malicious, or failure to state a claim, unless the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).**

## FINANCIAL CERTIFICATE

I request that an authorized officer of the institution in which I am confined, or other designated entity, complete the below Certificate. I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that if I submit documents to a federal court causing a civil action to be opened (such as a civil rights complaint pursuant to 42 U.S.C. §1983), the filing fee is $150.00, and:

(1) if my current account balance is deemed by the court sufficient to qualify as a pauper, yet in excess of $151.00, I will be granted in forma pauperis status for service purposes but will be required to immediately pay the filing fee in full. [NOTE: the prison business officer will collect the money from the inmate's trust account.]

(2) if my current account balance is deemed by the court sufficient to qualify as a pauper, and the amount in my account is below $150.00, I will be required to pay 20% of my average monthly balance (line #2 below), or the average monthly deposits to my account (line #3 below), whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00.

(3) I must continue to make installment payments until the $150.00 filing fee is fully paid without regard to whether my action is closed or my release from confinement.

I understand that I must attach to this form a print-out of the transactions to my account for the past six months.

NOTE: The Court of Appeals for the Ninth Circuit has held that the in forma pauperis provisions of the Prison Litigation Reform Act of 1996, relating to prisoner civil actions and appeals, do not apply to habeas corpus proceedings. See Naddi v. Hill, 106 F.3d 275, 276 (9th Cir. 1997). Therefore, an inmate granted in forma pauperis status in a habeas corpus action will not be subject to the above and will not be required to make installment payments on the $5.00 filing fee.

I declare under penalty of perjury that the above information is true and correct.

12/27/05
DATE

_Rodolfo Moreno_
SIGNATURE and PRISON NUMBER OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

1. I certify that the applicant named herein has the sum of $ 159.37 on account [spendable and restricted] to his/her credit at ___FCI Phnx, AZ___ (name of institution).

2. I further certify that during the past six months the applicant's average monthly balance was $ 187.48.

3. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 187.48.

4. I have attached a certified copy of the applicant's trust account statement showing transactions for the past six months.

12-27-05
DATE

_____ Correctional Counselor
SIGNATURE OF AUTHORIZED OFFICER

## Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 28008198 |
| Inmate Name: | MORENO, RODOLFO |
| Report Date: | 12/27/2005 |
| Report Time: | 10:00:25 AM |
| Current Institution: | Phoenix FCI |
| Housing Unit: | PIMA |
| Living Quarters: | P02-217L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PHX | 12/27/2005 8:41:37 AM | 17 | | | Sales | ($41.05) | | $159.37 |
| PHX | 12/26/2005 4:42:30 PM | ITS1226 | | | ITS Withdrawal | ($16.00) | | $200.42 |
| PHX | 12/23/2005 5:03:11 AM | 70148001 | | | Lockbox - CD | $100.00 | | $216.42 |
| PHX | 12/23/2005 5:03:05 AM | 70148001 | | | Lockbox - CD | $60.00 | | $116.42 |
| PHX | 12/20/2005 5:48:03 PM | 102 | | | Sales | ($154.30) | | $56.42 |
| PHX | 12/17/2005 3:46:42 PM | ITS1217 | | | ITS Withdrawal | ($10.00) | | $210.72 |
| PHX | 12/17/2005 5:06:49 AM | 70147601 | | | Lockbox - CD | $150.00 | | $220.72 |
| PHX | 12/14/2005 7:53:15 PM | ITS1214 | | | ITS Withdrawal | ($16.00) | | $70.72 |
| PHX | 12/13/2005 5:47:22 PM | 80 | | | Sales | ($58.25) | | $86.72 |
| PHX | 12/13/2005 5:27:54 AM | 70147201 | | | Lockbox - CD | $50.00 | | $144.97 |
| PHX | 12/7/2005 5:12:33 AM | FIPP1105 | | | Payroll - IPP | $79.60 | | $94.97 |
| PHX | 12/6/2005 4:56:35 PM | ITS1206 | | | ITS Withdrawal | ($15.00) | | $15.37 |
| PHX | 11/24/2005 5:06:06 AM | 70146001 | | | Lockbox - CD | $30.00 | | $30.37 |
| PHX | 11/19/2005 10:41:26 AM | ITS1119 | | | ITS Withdrawal | ($2.00) | | $0.37 |
| PHX | 11/16/2005 5:51:54 PM | 82 | | | Sales | ($29.70) | | $2.37 |
| PHX | 11/8/2005 5:21:54 PM | ITS1108 | | | ITS Withdrawal | ($10.00) | | $32.07 |
| PHX | 11/8/2005 10:18:07 AM | IPY1005 | | | Payroll - IPP | $41.54 | | $42.07 |
| PHX | 10/31/2005 5:08:31 PM | 37 | | | Sales | ($45.00) | | $0.53 |
| PHX | 10/23/2005 6:21:45 AM | ITS1023 | | | ITS Withdrawal | ($5.00) | | $45.53 |
| PHX | 10/21/2005 9:03:09 AM | 6ICP1005 | | | Inmate Co-pay | ($2.00) | | $50.53 |
| PHX | 10/20/2005 5:05:23 AM | 70143601 | | | Lockbox - CD | $50.00 | | $52.53 |
| PHX | 10/17/2005 4:57:48 PM | 19 | | | Sales | ($30.55) | | $2.53 |
| PHX | 10/7/2005 11:00:10 AM | IPY0905 | | | Payroll - IPP | $33.06 | | $33.08 |
| PHX | 10/6/2005 7:28:22 PM | ITS1006 | | | ITS Withdrawal | ($10.00) | | $0.02 |
| PHX | 10/3/2005 4:42:29 PM | 21 | | | Sales | ($2.00) | | $10.02 |
| PHX | 10/3/2005 4:41:00 PM | 19 | | | Sales | ($73.35) | | $12.02 |
| PHX | 10/1/2005 5:27:55 PM | ITS1001 | | | ITS Withdrawal | ($5.00) | | $85.37 |
| PHX | 9/29/2005 5:12:51 AM | 70142201 | | | Lockbox - CD | $60.00 | | $90.37 |
| PHX | 9/25/2005 3:34:41 PM | ITS0925 | | | ITS Withdrawal | ($10.00) | | $30.37 |
| PHX | 9/24/2005 10:19:13 AM | ITS0924 | | | ITS Withdrawal | ($10.00) | | $40.37 |
| PHX | 9/20/2005 7:35:05 PM | ITS0920 | | | ITS Withdrawal | ($11.00) | | $50.37 |
| PHX | 9/20/2005 5:44:59 PM | 65 | | | Sales | ($88.80) | | $61.37 |
| PHX | 9/17/2005 6:44:21 PM | ITS0917 | | | ITS Withdrawal | ($10.00) | | $150.17 |

InmateStatementCombined

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Balance |
|---|---|---|---|---|---|---|---|---|
| PHX | $159.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $159.37 |
| Totals: | $159.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $159.37 |