Rodolfo Moreno
Fed. Reg. No. 28008-198
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, Arizona 85086-7055

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RODOLFO MORENO,           )
                          )
         Petitioner,      )
                          )   CA No. 06-5028
                          )   DC No. 05-cv-1282 (RMU)
VS.-                      )
                          )   MOTION TO EXPEDITE PETITION FOR A
                          )   WRIT OF MANDAMUS TO A UNITED STATES
IMMIGRATION AND CUSTOMS   )   DISTRICT COURT
ENFORCEMENT,              )
                          )
         Respondent.      )
_____)

**NOW COMES** the Petitioner, Rodolfo Moreno, in pro se, and respectfully files this Motion to Expedite Action in the above-referenced matter.

Background:

On June 28, 2005, the undersigned filed a Writ of Mandamus and this Court granted Petitioner's application to proceed in forma pauperis. On August 12, 2005, Respondent filed a Motion to Transfer Petitioner's Petition. On December 16, 2005, the District Court granted Respondent's Motion to Transfer and Petitioner timely appealled.

On January 31, 2006, the United States Court of Appeals for the District of Columbia Circuit ordered "that Petitioner's notice of appeal be construed as a petition for writ of mandamus." On March 15, 2006, Petitioner complied with the Court's Order.

-1-

RECEIVED
MAY 5 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

After Petitioner had filed the first writ of mandamus, which the District Court returned to him **(See Copy of 5/17/05 Court Order Attached Hereto as Exhibit "A")**, prison officials suggested him to obtain his Birth Certificate. On May 22, 2005, Petitioner requested a copy of his Birth Certificate **(See Copy of 5/22/05 Request-Letter to Texas Vital Statistics from Rodolfo Moreno Attached Hereto as Exhibit "B")**.

Because by September 14, 2005, Petitioner had received no response from Texas Vital Statistics, he sent another letter to the Department of State Health Service **(See Copy of 9/14/05 Request-Letter to Department of State Health Service Attached Hereto as Exhibit "C")**. This department failed to respond to Petitioner's 9/14/05 request-letter; therefore, on October 27, 2005, Petitioner sent another letter (via certified mail) to the Department **(See Copy of 10/27/05 Letter to Texas Vital Statistics Attached Hereto as Exhibit "D")**.

The Texas Health And Human Services Commission responded to the certified letter on November 1, 2005, and required Petitioner to "furnish" the office with "a notarized statement, stating the specific purpose in obtaining the certifications and the uses of the certifications previously issues ...." **(See Copy of 11/1/05 Response-Letter from Texas Health And Human Services Commission to Rodolfo Moreno Attached Hereto as Exhibit "E")**. On November 21, 2005, Petitioner furnished Texas Vital Statistics with the required information through a notarized statement **(See Copy of 11/21/05 Notarized Statement Addressed to Ms. Monica Charles from Rodolfo Moreno Attached Hereto as Exhibit "F")**.

-2-

In March 16, 2006, at Petitioner's team review,[1]/ he was informed by his case manager, Ms. Jankins, that prison officials had received a certified copy of his Birth Certificate and provided him with a photocopy of it **(See Photocopy of Petititioner's Birth Certificate Attached Hereto as Exhibit "G").**

On March 17, 2006, Petitioner submitted a request to Associate Warden C. Higgs to have his name placed on the UNICOR priority waiting list **(See Copy of 3/17/05 Inmate Request to Staff Member Addressed to Ms. C. Higgs, AW (I&E) from Rodolfo Moreno Attached Hereto as Exhibit "H").**

In March 19, 2006, Petitioner sent a letter to Mr. Geoffrey Carter, AUSA, in which a photocopy of his Birth Certificate was enclosed. Petitioner further requested to Mr. Carter "to remove the prior deportation order erroneously lodged on [him], so that prison officials can assign [him] to work in Federal Prison Industries (UNICOR)" **(See 3/19/06 Letter to Mr. Geoffrey Carter, AUSA, from Rodolfo Moreno Attached Hereto as Exhibit "I").**

In support to this motion, Petitioner states as follows:

1. Despite of the fact that prison officials have received a certified copy of Petitioner's Birth Certificate directly from Texas Health And Human Services Commission and that Petitioner has shown to them he is an American citizen, they are still reluctant to assign him to work in UNICOR;

///
_____

1/ Apparently the Texas Department of Halth — Texas Vital Statistics — issued the certified copy on January 6, 2006 **(See Exhibit "G").**

-3-

2. Despite of the fact that ICE Headquarter Office at Washington, D.C. and its local office in Phoenix, Arizona as well as the United States Attorney for the District of Columbia (AUSA Geoffrey Carter) have been served with copies of Petitioner's Birth Certificate, they are still reluctant to remove Petitioner's prior deportation order so that he can be assigned to work in UNICOR;[2/] and

3. For an additional time, BOP officials have advised Petitioner that "as long as [he] ha[s] a valid order of deportation, [he is] not authorized to work in FPI." **(Exhibit #2 Attached to Petition Filed in This Court March 15, 2006).**

**WHEREFORE,** Petitioner respectfully requests that this action be expedited and specifically requests:

(a) to issue its Order in the nature of mandamus, causing ICE to remove the deportation order at issue, so that Petitioner would be able to begin a UNICOR job assignment the beginning of next month (June 2006), and, as such, he would be able to start saving money for his release day; and

(b) to order ICE to compensate Petitoner with one year UNICOR missing earnings at average $300 per month (including

---

[2/] Because of Petitioner's prior UNICOR and longevity status and the fact that he has been attempting to get assigned to UNICOR since April 2005, he has missed approximately $4,000 UNICOR earnings due to ICE and BOP relucatance to remove prior deportation order and subsequent assignment to UNICOR.
///
///

overtime work), and to reimburse costs and expenses of this litigation.

Respectfully submitted this /s/ day of May, 2006.

*Rodolfo Moreno*
Rodolfo Moreno, in pro se

A true copy of the foregoing
has been mailed out this /s/
day of May, 2006, to:

Geoffrey Carter, AUSA
Special Proceedings Section, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20530

_Rodolfo Marcus_
Plaintiff

v.

_Immigration Enforcement_
Defendant

### ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ]  Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ]  Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ]  Your COMPLAINT **must** bear your original signature.

[X]  Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ]  You **must** file a Motion for Leave to File because: _____
_____

[ ]  OTHER: _____
_____
_____

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

5-1-05
Date

**HOGAN, C.J. TFH**
Chief Judge Thomas F. Hogan

FCI-Phoenix
37910 N. 45th Avenue
Phoenix, Arizona 85086-7055

May 22, 2005

Texas Vital Statistics
Department of State Health Service
P.O. Box 12040
Austin, Texas 78711-2040

Re:  **Birth Certificate**

Dear Sir/Maam:

Please, find enclosed a money order payable to Texas Vital Statistics for the fee amount ($22.00) of two birth certificate (regular and wallet size). For your information, I am stating the following data:

Name on Birth Certificate .. Rodolfo Moreno
Date of Birth ............... September 1, 1947
Place of Birth .............. Mercedes, Texas (Hidalgo County)
Father's Name ............... Jesus Moreno
Mother's Name ............... Ester Hernandez

As for a picture ID, I'm enclosing a photocopy of my prison ID card which reflects an incorrect date (9/7/47) of birth. The Arizona Department of Motor Vehicles issued my last driver's license (No. 322523361 which is also my SS#) early 1991, but it is no longer in my possession.

The reasons for my request are as follow: 1) I need to establish citizenship in order to get a job assignment in prison industries (UNICOR), 2) to correct the date of birth that prison records mistakingly reflect, and 3) to have the requested documents on my possession upon release from prison (projected release is 1/2011). To my best knowledge and belief, through my attorney (Steven Riggs from San Diego, California) I requested two birth certificate (regular and wallet size) in 1991 or early 1992; however, due to my incarceration I have no access to them.

Please, allow me to advise you that due to my status, I am not permitted to receive the requested documents. Therefore, I respectfully ask you to mail them out to the following name and address of a prison official:

C.R. Sanchez, Unit Manager
FCI-Phoenix

Also enclosed find a stamped self-addressed envelope, so you notify me when sending the requested documents to Ms. Sanchez.

Your consideration to this matter would be greatly appreciated.

I declare under penalty of perjury that all information stated above is true and correct.

Truly yours,

*Rodolfo Moreno*

Rodolfo Moreno

# NOTARY PUBLIC:

STATE OF ARIZONA    )
                    ) ss:
COUNTY OF MARICOPA  )

Sworn and subscribed before me this 25 day of May, 2005.

_____
Notary Public

My commission expires on: March 19, 2009

cc: Ms. Sanchez, Unit Manager

Page 2 of 2

Rodolfo Moreno
Fed. Reg. No. ████-███
FCI-Phoenix
37910 N. 45th Avenue
Phoenix, Arizona 85086-7055

September 14, 2005

Texas Vital Statistics
Department of State Health Service
P.O. Box 12040
Austin, Texas 78711-2040

    Re:  <u>Birth Certificate</u>

Dear Sir/Maam:

    On May 22, 2005, I mailed out a notarized letter requesting two copies (regular and wallet size) of my birth certificate and a money order for the fee amount ($22.00). (See Copy of 5/22/05 Letter Attached Hereto). I also enclosed a stamped self addressed envelope, so that you could notify me when sending the requested documents.

    However, as of this date, I have not heard anything from you. Therefore, I am respectfully requesting to you to forward the requested birth certificates to Unit Manager Sanchez and to advise me when you do so at your earliest convinience.

    Your consideration to this request would be greatly appreciated.

                              Truely yours,

                              Rodolfo Moreno

cc: Unit Manager C.R. Sanchez
    W/File

[address illegible]
17910 [illegible] Avenue
Phoenix, Arizona 85086-7055

October 27, 2005

Texas Vital Statistics
Department of State Health Service
P.O. Box 12040
Austin, Texas 78711-2040

  Re: <u>Birth Certificate</u>

Dear Sir/Maam:

  On May 22, 2005, I mailed out a notarized letter requesting two copies (regular and wallet size) of my birth certificate and a money order for the fee amount ($22.00). In that letter, I also enclosed a stamped self addressed envelope, so that you could notify me when sending the requested documents to Unit Manager Sanchez. For an additional time, on September 14, 2005, I mailed out another letter, in which I requested to you to forward the requested birth certificates to Unit Manager Sanchez and to advise me when you do so.

  As of this date, I have received no response to any of the previous letters. Therefore, should you fail to respond to this letter within 30 (thirty) days from this date, I will file a Writ of Mandamus in federal court seeking relief.

           Sincerely,

           Rodolfo Moreno

Certified Mail No: 7001 1940 0000 7178 5718



cc: Unit Manager O.F. Sanchez
   file

## TEXAS HEALTH AND HUMAN SERVICES COMMISSION

ALBERT HAWKINS
EXECUTIVE COMMISSIONER

**Office of the Inspector General – Internal Affairs
Vital Statistics-Fraud Unit
1-888-963-7111**

November 1, 2005

RODOLFO MORENO
FED. REG. NO 28008-198
FEDERAL CORRECTIONAL INSTITUTION
37910 N 45TH AVE
PHOENIX, ARIZONA 85086-70655

Re:  MORENO, Rodolfo
     Born: 09/01/1947
     Remit #: N010432

Dear Mr. Moreno:

I am receipt of your request for a certified copy from the above-mentioned birth certificate.

Our files show that we previously issued 10 certified copies from this birth record, and in accordance to Texas Administrative Code, Title 25, Part 1 Chapter 181, Abused Birth Record, we will not be able to process your request at this time.

Please furnish us a **notarized statement**, stating the specific purpose in obtaining the certifications and the uses of the certifications previously issued. Include name, date and birthplace of your children for further identification. Please provide name, date and birthplace of all brothers and / or sisters.

In addition to the above stated information, please submit a photocopy of picture ID (if unable to furnish ID, please send a letter of explanation.)

**Please return within 30 days to the address below or your application will be returned.**

Sincerely,

*Monica Charles*

Monica Charles
Vital Statistics-Fraud Unit
512-458-7409
HHSC/OIG-Internal Affairs
1100 West 49th St., Rm #R-114
Austin, Texas 78756-3199



1100 West 49th Street, Austin, TX 78756

November 21, 2005

Ms. Monica Charles
Texas Vital Statistics
Department of State Health Service
110 West 49th Street, #R-114
Austin, Texas 98756-3199

Re: <u>Birth Certificate</u>

Dear Ms. Charles:

I hope this letter finds you well. To my best knowledge and belief, besides the original birth certificate (which my parents obtained), I have requested copies of it twice. The last request was done late 1991 or early 1992 through my attorney, Steven Riggs, from San Diego, California.

By no means I dispute your information with regards to the excessive number of copies issued. However, it is obvious that someone has abused the process in using my personal data. Therefore, I respectfully request <u>not</u> to issue any more copies, unless it is requested by me under your conditions.

The purposes in obtaining two copies (regular and wallet size) at this time are as follows: 1) establish my citizenship in order to be assigned to work in Federal Prison Industries (UNICOR); 2) to correct my date of birth which prison records mistakingly reflect, and 3) to have the requested copies of birth certificate on my possession upon release from prison (projected release is January 2011).

I have three children: Marcella, Antonio, and Luis who were born in California and Arizona respectively. Unfortunately, I've been detached from them for long time (a fact that I deeply regret). The name of my brothers and sisters are as follows: Jesus, Guadalupe, Martha, Dolores, and Valentin. We came from a migrant family and were born in different states.

As for a picture ID, in my 5/22/05 request letter I attached a photocopy of prison ID card (See Copy of This Letter and Copy of ID Attached Hereto). The Arizona Department of Motor Vehicles issued

you to mail them out to the following name and address of a prison official:

C.R. Sanchez, Unit Manager
FCI-Phoenix
37900 N. 45th Avenue
Phoenix, Arizona 85027-7003

and to notify me when you do so.

In conclusion, please, allow me to state that I need to start working for UNICOR so I can begin saving money for my release day. Your prompt consideration and process to this request would be greatly appreciated.

I declare under penalty of perjury that all the information stated above is true and correct.

Truly yours,

*Rodolfo Moreno* (signature)

Rodolfo Moreno

---

**NOTARY PUBLIC:**

**STATE OF ARIZONA** )
                     ) ss:
**COUNTY OF MARICOPA** )

**Sworn and subscribed before me this 23 day of November, 2005.**

_____
Notary Public

My commission expires: 3/22/06

| | TEXAS DEPARTMENT OF HEALTH | |
|---|---|---|
| 1. PLACE OF BIRTH STATE OF TEXAS | BUREAU OF VITAL STATISTICS STANDARD CERTIFICATE OF BIRTH | 116431 |
| COUNTY OF | Hidalgo | |
| CITY OR PRECINCT NO. | Mercedes, Texas   Mercedes General Hospital | |
| 2. FULL NAME OF CHILD | Rodolfo Moreno | |
| RESIDENCE OF THE MOTHER | STREET AND NO. Rt 2 Box 13  CITY Mercedes  COUNTY Hidalgo  STATE Texas | |

| 3. SEX | FOR PLURAL BIRTHS ONLY | | 6. LEGITIMATE? | 7. DATE OF BIRTH |
|---|---|---|---|---|
| | 4. TWIN, TRIPLET, OTHER | 5. NUMBER IN ORDER OF BIRTH | | |
| Male | | | yes | Sept 1, 1947 |

| FATHER | | MOTHER | |
|---|---|---|---|
| 8. FULL NAME | Jesus Moreno | 14. FULL MAIDEN NAME | Ester Hernandez |
| SOCIAL SECURITY NUMBER | | SOCIAL SECURITY NUMBER | |
| 9. POSTOFFICE ADDRESS | Rt 2 Box 13, Mercedes, Texas | 15. POSTOFFICE ADDRESS | Rt 2 Box 13 Mercedes, Texas |
| 10. COLOR OR RACE | Latin American | 16. COLOR OR RACE | Latin American |
| 11. AGE AT LAST BIRTHDAY | 21 (YEARS) | 17. AGE AT LAST BIRTHDAY | 18 (YEARS) |
| 12. BIRTHPLACE | Mexico | 18. BIRTHPLACE | Texas |
| 13a. TRADE, PROFESSION OR KIND OF WORK DONE | Laborer | 19a. TRADE, PROFESSION OR KIND OF WORK DONE | House w. |
| 13b. INDUSTRY OR BUSINESS | | 19b. INDUSTRY OR BUSINESS | |
| 20. NUMBER OF CHILDREN BORN TO THIS MOTHER INCLUDING THIS BIRTH | one | 21. NUMBER OF CHILDREN BORN TO THIS MOTHER AND NOW LIVING | one |

RECEIVED OCT 11 1947 TEXAS

**TO:**       Ms. C. Higgs, AW (I&E), FCI-Phoenix

**FROM:**     Rodolfo Moreno, #28008-198 / Pima "A" #217L

**DATE:**     March 17, 2006

**SUBJECT:**  Request To Be Placed On UNICOR Priority Waiting List


After my complying with a series of requirements that Texas Vital Statistics requested, I finally obtained a **Birth Certificate (See Copy Attached Hereto)** which may help me to establish my U.S. citizenship and to porve ICE has erroneously reinstated a prior deportation order on me.

During my unit team review yesterday (03/16/06), Case Manager Jenkins notified me of having received said **Birth Certificate** and provided me with a photocopy of it.

Based on the foregoing, I respectfully request to you to place my name on the UNICOR priority waiting list for I have prior UNICOR. Your consideration to this request would be greatly appreciated.

                                    Respectfully submitted,

                                    X. Moreno

cc: Unit Manager Beauchamp
    Inmate Moreno

```
              7XX. XXXXXXXXXXX XXX
              37XXX X. XXth XXXXX
              Phoenix, Arizona 8XXX6-7055
```

March 19, 2006

Geoffrey Carter, AUSA
Special Proceedings Section, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20530

    Re: Moreno v. ICE
        CA No. 06-5028
        DC No. 05cv1282 (RMU)

Dear Mr. Carter:

    Please, find enclosed a photocopy of my Birth Certificate which my unit team provided me with this past March 16, 2006 at unit team review. After my complying with a series of requirements Texas Vital Statistics requested, it sent to prison officials (because of my status) in this institution.

    The purpose and intention to furnish you with this copy is to respectfully request to you to remove the prior deportation order erroneously lodged on me, so that prison officials can assign me to work in Federal Prison Industries (UNICOR) in accordance to BOP PS 8120.02 <u>Work Programs for Inmates in Federal Prison Industries (FPI)</u>.

    Please, allow me to advise you that upon my request to have my name placed on the UNICOR waiting list (See Inmate Request to Staff Member Attached Hereto), prison officials verbally notified me that ICE is the only agency that can remove the detainer/deportation order and that they will contact its local office to request it to do so. However, because of the budget cut, the BOP is shorthanded and its staff case overloaded, I respectfully request it to you on my own.

    Be also advised that I desperately need to start working in UNICOR (the better paid prison job for inmate workers) and to begin saving money for my release date. My working in UNICOR in FCI-Sheridan, Oregon, helped me to complete my financial responsibility to the court-imposed fine ($3,550).

PAGE 1 OF 2

Your consideration to this request would be greatly appreciated.

Respectfully yours,

*[signature]*

cc: U.S. Court of Appeals
for the District of Columbia Circuit

Immigration & Customs Enforcement Office
Phoenix, Arizona 85003

Immigration & Customs Enforcement Office
Washington, D.C. 20536

Unit Manager Beauchamp
FCI-Pheonix, Arizona

TM/File