# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5028**                                **September Term, 2005**

05cv01282

**Filed On:** 

In re: Rodolfo Moreno,
      Petitioner

**BEFORE:** Ginsburg, Chief Judge, and Rogers and Brown, Circuit Judges

### ORDER

Upon consideration of the petition for a writ of mandamus, the memorandum of law and fact in support thereof and the supplement thereto, and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied. The district court did not abuse its discretion in transferring this case to the District of Arizona, pursuant to 28 U.S.C. § 1404(a), where petitioner is incarcerated and the relevant records as well as the likely witnesses are located. See In re: Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam); Starnes v. McGuire, 512 F.2d 918 (D.C. Cir. 1974) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk